# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

LUKE BISSELL d/b/a JB&L UTILITY §
CONTRACTORS, §
    *Plaintiff*, §        Civil Action No.  4:19-cv-25
§        Judge Mazzant
v. §
§
LEGENDS UNDERGROUND §
UTILITIES, INC., AMERICAN §
CONTRACTORS INDEMNITY §
COMPANY d/b/a TEXAS BONDING §
COMPANY and NORTH AMERICAN §
CONSTRUCTION SERVICES, §
    *Defendants*. §

## FINAL JUDGMENT

On January 3, 2020, the Court granted Plaintiff Luke Bissell d/b/a JB&L Utility Contractors' ("JB&L") Motion for Summary Judgment against Defendant Legends Underground Utilities, Inc. ("Legends") (Dkt. #48).  On January 27, 2020, the Court granted JB&L's motion to dismiss his claims with prejudice against Defendant American Contractors Indemnity Company d/b/a Texas Bonding Company ("Texas Bonding Company") and Defendant North American Construction Services ("NACS") (Dkt. #52).  On April 28, 2020, the Court awarded JB&L reasonable and necessary attorney fees against Legends (Dkt. #59).

Since the summary judgment against Legends and the dismissal with prejudice of JB&L's claims against Texas Bonding Company and NACS dispose of all parties and all claims, the Court hereby enters this Final Judgment in favor of JB&L against Legends.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** by the Court that Plaintiff JB&L have and recover from Defendant Legends a total judgment of One Hundred Twenty Thousand Six Hundred Seventy Five Dollars and Eighty Four Cents ($120,675.84).  This amount

comprises breach of contract damages in the amount of Eighty Six Thousand Four Hundred Thirty Nine Dollars and Sixty One Cents ($86,439.61) and reasonable and necessary attorney's fees in the amount of Thirty Four Thousand Two Hundred Thirty Six Dollars and Twenty Three Cents ($34,236.23).

It is further **ORDERED** that the total amount of this Judgment shall bear interest at the rate of 0.17% from the date it is signed until it is paid in full.

All costs of court spent or incurred in this cause are adjudged against Defendant Legends.

All writs and processes for enforcement and collection of this Judgment and of the costs of Court may issue as necessary.  All relief previously requested in this case and not expressly granted herein is **DENIED**.

**IT IS SO ORDERED.**

 **SIGNED this 29th day of April, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE